[Cite as *Little Turtle Civic Assn., Inc. v. Columbus*, 2021-Ohio-4655.]

| | |
|---|---|
| LITTLE TURTLE CIVIC ASSOCIATION, INC.<br><br>    Requester<br><br>    v.<br><br>CITY OF COLUMBUS (CITY COUNCIL, AND DEPT OF PUBLIC SERVICE)<br><br>    Respondent | Case No. 2021-00370PQ<br><br>Judge Patrick E. Sheeran<br><br><u>JUDGMENT ENTRY</u> |

{¶1} On November 30, 2021, a Special Master issued a Report and Recommendation in this public-records case. The Special Master recommends (1) denying, as moot, Requester's claim for production of records, and (2) assessing costs equally between the parties.

{¶2} Neither party has timely filed written objections to the Report and Recommendation, as permitted by R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, then this Court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The Court determines that there is no error of law or other defect evident on the face of the Special Master's Report and Recommendation of November 30, 2021. The Court adopts the Report and Recommendation. Court costs are assessed to Requester

Case No. 2021-00370PQ               -2-                    JUDGMENT ENTRY


and Respondent equally.  The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.


_____

PATRICK E. SHEERAN
Judge

**Filed December 15, 2021**
**Sent to S.C. Reporter 1/21/22**